# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150643(98)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BOBAN TEMELKOSKI,
      Defendant-Appellant.
_____/

SC: 150643
COA: 313670
Wayne CC: 94-000424-FH

On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before August 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016

